**Motion Granted; Appeal Dismissed and Memorandum Opinion filed January 13, 2015.**



In The

# Fourteenth Court of Appeals

## NO. 14-13-00620-CV

## ERIC SHALEV AKA ARIE SHALEV AND GIANT MART, INC., Appellants

## V.

## ARTERMIO NAMBO, Appellee

**On Appeal from the 11th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2011-23570**

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed April 22, 2013. On November 1, 2013, the parties notified this court that the parties had reached an agreement to settle the issues on appeal. On January 10, 2014, appellants filed a motion requesting that the appeal be retained on the court's docket until completion of the settlement. The court granted the motion.

On December 18, 2014, the parties filed a "Vacation and Release of Judgment" in which they agreed that the judgment has been fully satisfied and the judgment creditor has agreed not to "prosecute any additional claims or lawsuits against anyone arising out of the matter in law that resulted in this judgment." We treat this filing as a joint motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Christopher, Donovan, and Wise.